**Freddie L. TAYLOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41903.**

Missouri Court of Appeals,
Western District.

May 22, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 1990.

David S. Durbin, Appellate Defender, John L. Vohs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

**ORDER**

PER CURIAM:

Movant appeals from denial, after evidentiary hearing, of Rule 27.26 (repealed 1-1-88) motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**Kent Leroy SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56187.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 22, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1990.

Application to Transfer Denied
July 31, 1990.

Dave Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM.

Movant appeals the denial of his Rule 27.26 (now repealed) motion for post conviction relief. As sentence was pronounced and the Rule 27.26 motion filed before January 1, 1988, all proceedings continue to be bound by that rule. *Hensley v. State*, 753 S.W.2d 88 (Mo.App.E.D.1988).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).